Alex A. POPEKO, Appellant,

v.

UNITED STATES of America, Appellee.

No. 19915.

United States Court of Appeals Fifth Circuit.

Nov. 28, 1962.

Alex Popeko, appellant, in pro. per.

Andrew L. Jefferson, Jr., Asst. U. S. Atty., K. Key Hoffman, Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

The judgment of the trial court denying the motion of appellant to correct his sentence under Rule 35, Federal Rules of Criminal Procedure, is based on the previous affirmance by this Court, Popeko v. United States, 5th Cir., 294 F.2d 168, of the conviction and sentence.

The order of the trial court is therefore

Affirmed.

HUMBLE OIL & REFINING COMPANY, Appellant,

v.

Noah S. CUTRER and Nicholas D. Olivier, Appellees.

Noah S. CUTRER and Nicholas D. Olivier, Appellants,

v.

HUMBLE OIL & REFINING COMPANY, Appellee.

No. 19807.

United States Court of Appeals Fifth Circuit.

Nov. 28, 1962.

Rehearing Denied Dec. 27, 1962.

Andrew McCollam, Jr., L. K. Benson, H. H. Hillyer, Jr., W. J. McAnelly, Jr., Bernard J. Caillouet, Charles Janvier, New Orleans, La., for appellant.

Arthur C. Reuter, Reuter, Reuter & Schott, New Orleans, La., for Noah S. Cutrer and Nicholas D. Olivier.

Before HUTCHESON, CAMERON, and JONES, Circuit Judges.

PER CURIAM.

Finding ourselves in accord with the findings and conclusions of the district court as set forth in its opinion,[1] we affirm its judgment for the reasons which it has assigned.

Affirmed.

1. Cutrer v. Humble Oil & Refining Company, D.C., 202 F.Supp. 568.